RECEIVED
DEC 13 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| JENNIFER CORMIER, ET AL | CIVIL ACTION NO. 2:15-1946 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WAL-MART STORES, INC. | MAGISTRATE JUDGE KAY |

## 60 DAY JUDGMENT OF DISMISSAL

Having been informed that the instant matter has settled, it is

**ORDERED, ADJUDGED AND DECREED** that this action is hereby dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate judgment of dismissal as soon as the settlement documents are executed. If no motion is filed to reopen, the case is officially closed and the Clerk of Court shall be relieved from the responsibility of sending out further notice in this matter.

**IT IS FURTHER ORDERED** that the trial of this matter set for July 23, 2018 is hereby canceled.

**THUS DONE AND SIGNED** in Alexandria, Louisiana on this 13th day of December, 2017.

_____
JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

# McGLINCHEY STAFFORD

ATTORNEYS AT LAW

ALABAMA · CALIFORNIA · FLORIDA · LOUISIANA · MISSISSIPPI · NEW YORK · OHIO · TEXAS · WASHINGTON, DC

STEPHEN P. BEISER
(504) 596-2756
Fax (504) 324-0965
sbeiser@mcglinchey.com

SUSANNE VETERS COOPER
(504) 596-2865
Fax (504) 910-8752
svcooper@mcglinchey.com

December 12, 2017

**VIA E-FACSIMILE ONLY**
The Honorable James T. Trimble, Jr.
United States District Judge
P.O. Box 1031
Alexandria, Louisiana 71309
Fax: 318-473-7336 (1 page)

    RE:    *Jennifer Cormier v. Wal-Mart Stores, Inc.*
           USDC, WDLA, Lake Charles Division, No. 2015-cv-01946
           Our file: 008716.0922

Dear Judge Trimble:

    Please be advised that the parties have agreed to settle the above matter. A Motion to Dismiss will be filed once the settlement has been finalized.

                                    Respectfully submitted,

                                    McGlinchey Stafford, PLLC

                                    Stephen P. Beiser

SPB/nn

cc:    Ms. Jill Swearingen Pierce (E-mail: jpierce@bradlaw.net)
       Ms. Cindi Anselmo (E-mail: canselmo@bradlaw.net)
       Ms. Jane S. Leger (E-mail: jleger@thefergusonlawfirm.com)
       Mr. Clay Dugas (E-mail: dugas@claydugas.com)

2022009.1

801 Poydras Street, Suite 1200 • New Orleans, LA 70130 • (504) 586-1200 • Fax (504) 596-2800 • TDD (504) 596-2728 • www.mcglinchey.com

McGlinchey Stafford PLLC in Alabama, Florida, Louisiana, Mississippi, New York, Ohio, Texas, and Washington, DC.
McGlinchey Stafford LLP in California.