UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **JENNIFER CORMIER** | * CIVIL ACTION NO. 2015-cv-01946 |
| **Plaintiff,** | * |
| **VERSUS** | * JUDGE JAMES T. TRIMBLE, JR. |
| **WAL-MART STORES, INC.,** | * |
| **Defendant.** | * MAGISTRATE JUDGE KATHLEEN KAY |

*******************************************

## JOINT MOTION TO DISMISS

**NOW INTO COURT**, comes plaintiff herein, Jennifer Cormier, through undersigned counsel and upon representing that all matters in controversy in the captioned lawsuit have been resolved, moves this Court for entry of an Order dismissing this cause and all claims asserted therein, with prejudice, with each party to bear its/her costs.

**WHEREFORE**, plaintiff requests that the Court issue an order dismissing this cause and all claims asserted therein, with prejudice, with each party to bear its/her costs.

Respectfully Submitted,

*/s/ Stephen P. Beiser*
STEPHEN P. BEISER, T.A.  (#14074)
SHANNON SALE (#30080)
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street – 12th Floor
New Orleans, Louisiana 70130
Telephone (504) 586-1200
Facsimile (504) 324-0965

Attorneys for Defendant, Wal-Mart, Inc.

AND

2022006.2

*/s/ Jill S. Pierce*
Jill Swearingen Pierce
Bradley & Steele, LLP
3120 Central Mall Drive
Port Arthur, TX  77642
Tel:  (409) 724-6644
Fax:  (409) 724-7585

Jane S. Leger
The Ferguson Law Firm, LLP
350 Pine Street, Suite 1440
Beaumont, Texas 77701
Phone: (409) 832-9700
Facsimile: (409) 832-9708
(Pro Hac Vice)

Clay Dugas
Clay Dugas and Associates
350 Pine Street, Ste. 1750
Beaumont, Texas  77701
Tel:  (409) 813-1111
Fax:  (409) 813-1396
(Pro Hac Vice)

**CERTIFICATE OF SERVICE**

I certify that on July 24, 2018, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system.

*/s/ Stephen P. Beiser*

2022006.2