RECEIVED
JUL 27 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| JENNIFER CORMIER | CIVIL ACTION NO. 2:15-1946 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WAL-MART STORES, INC. | MAGISTRATE JUDGE KATHLEEN KAY |

## JUDGMENT OF DISMISSAL

Considering the foregoing Motion to Dismiss;

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's case against defendant, Wal-Mart Stores, Inc., be and is hereby dismissed with prejudice, with each party to bear its/her own costs.

**THUS DONE AND SIGNED** in Alexandria, Louisiana on this 27th day of July, 2018.

_____
JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE